UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES LLC, | Case No.: 11-CV-02370-LHK |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |
| v. | |
| MARK A. OLIVER, AMANDA OLIVER, AND DOES 1-5, | |
| Defendants. | |

This case was originally assigned to Magistrate Judge Howard R. Lloyd, who has made a report and recommendation that the action be summarily remanded to the Monterey County Superior Court. The Magistrate Judge's Report and Recommendation was filed and served on May 16, 2011. No objections have been filed, and the time to file objections has expired.

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. Accordingly, Plaintiff's Complaint is hereby REMANDED to the Monterey County Superior Court.

**IT IS SO ORDERED.**

Dated: June 7, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge